UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
GREGORY SCOTT ST. DENIS,

        Plaintiff,

    v.                                                Civil Action No. 22-1393

KILOLO KIJAKAZI,                                      **CONSENT ORDER TO**
COMMISSIONER                                          **REMAND PURSUANT TO**
OF SOCIAL SECURITY,                               **SENTENCE 4 OF**
                                                                 **42 U.S.C. § 405(g)**

        Defendant.
*******************************

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, a new hearing offered, and a new decision will be issued regarding the period prior to September 24, 2021; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this    28th    day of    July    , 2023 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

                                                                   _____
                                                                   Frederick J. Scullin, Jr.
                                                                   Senior United States District Judge

The undersigned hereby consent to the form and entry of the within order.

                        CARLA B. FREEDMAN
                        United States Attorney

By:     /s Kristina Cohn
       Kristina Cohn
       Special Assistant United States Attorney
       Office of Program Litigation, Office 2
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       Phone:   212-264-2179
       Email: kristina.cohn@ssa.gov


LAW OFFICES OF KENNETH HILLER, PLLC

/s Justin M. Goldstein

By:   Justin M. Goldstein
       Attorney for Plaintiff
       Law Offices of Kenneth Hiller PLLC
       6000 North Bailey Avenue
       Suite 1A
       Amherst, NY 14226
       Phone: 716-332-1884
       Fax: 716-332-1884
       Email: jgoldstein@kennethhiller.com